# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WAYNE WILLIS,**
    **Plaintiff,**

**-vs-**                **Case No. 6:03-cv-1334-Orl-31JGG**

**RYAN INCORPORATED EASTERN,**
    **Defendant.**
_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 44) filed April 12, 2006.

On June 13, 2006, the United States Magistrate Judge issued a report (Doc. No. 54) recommending that the motion be denied and the case be dismissed with prejudice following a hearing held on June 2, 2006. No objections have been filed. Therefore, it is **ORDERED** as follows:

  1.  That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

  2.  That the Plaintiff's Motion for Entry of Default Judgment is DENIED.

  3.  That the case is DISMISSED with prejudice pursuant to F.R.C.P. 41(b) and Local Rule 1.07(b).

  4.  That the clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 5th day of July, 2006.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE